THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FITNESS INTERNATIONAL, LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>  v.<br><br>NATIONAL RETAIL PROPERTIES, LP, a Delaware limited liability company,<br><br>         Defendant. | Case No. 3:20-cv-06189-BHS<br><br>**STIPULATION AND ORDER REMANDING STATE LAW CLAIMS**<br><br>**[CLERK'S ACTION REQUIRED]**<br><br>(Pierce County Superior Court Cause No. 20-2-08426-9) |

## I.  STIPULATED REQUEST FOR REMAND

IT IS HEREBY STIPULATED between plaintiff and defendants, by and through their undersigned counsel of record, as follows:

1.  Defendant National Retail Properties, LP is a Delaware limited liability company.

2.  The membership interests of Plaintiff Fitness International, LLC are held by, among others, a Delaware limited liability company and a Delaware limited partnership.

3.  Accordingly, the parties stipulate and agree that this Court lacks subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441. *See also Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

STIPULATION AND ORDER REMANDING STATE LAW CLAIMS (3:20-cv-06189-BHS) - 1

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789

4. Now, therefore, the parties jointly and respectfully request that this action be remanded to the Superior Court of Pierce County, Washington, for trial in state court.

DATED this 11th day of December, 2020.

        HILLIS CLARK MARTIN & PETERSON P.S.

By *s/ Amit D. Ranade*
   Amit D. Ranade, WSBA #34878
   Mallory L.B. Satre, WSBA #50194
   999 Third Avenue, Suite 4600
   Seattle, WA  98104
   Tel: (206) 623-1745
   Fax: (206) 623-7789
   amit.ranade@hcmp.com
   mallory.satre@hcmp.com
Attorneys for Defendant


SAVITT BRUCE AND WILLEY LLP


By  *s/ James P. Savitt*
   James P. Savitt, WSBA # 16857
   Brandi B. Balanda, WSBA # 48836
   1425 Fourth Ave, Ste. 800
   Seattle, WA 98101
   Tel: (206) 749-0500
   jsavitt@sbwllp.com
   bbalanda@sbwllp.com
Attorneys for Plaintiff

## II.  ORDER

The Court has considered the foregoing stipulation of the parties. Having considered the foregoing, the Court FINDS that it lacks subject matter jurisdiction under 28 U.S.C. §§ 1332 and 1441 because this case does not present a controversy between citizens of different states. Having

*STIPULATION AND ORDER REMANDING STATE LAW CLAIMS (3:20-cv-06189-BHS)* - 2

HILLIS CLARK MARTIN & PETERSON P.S.
999 Third Avenue, Suite 4600
Seattle, WA  98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789


found the foregoing, the Court hereby ORDERS that this action be remanded to the Superior Court of Pierce County, Washington for further proceedings.

DATED this 14th day of December 2020.

_____
BENJAMIN H. SETTLE
United States District Judge


*STIPULATION AND ORDER REMANDING STATE LAW CLAIMS (3:20-cv-06189-BHS) - 3*

**HILLIS CLARK MARTIN & PETERSON P.S.**
999 Third Avenue, Suite 4600
Seattle, WA 98104
Tel: (206) 623-1745
Facsimile: (206) 623-7789